JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail:   jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO TORRES-FELIX, ROSALINDA TORRES, AND EDGAR ANTONIO TORRES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services,<br><br>Defendant | Case No. C 07 4827 SI<br><br>COMPLAINT FOR DECLARATORY JUDGMENT AN D INJUNCTION |

Plaintiffs allege:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Plaintiffs Antonio Torres-Felix and Rosalinda Lopez are husband and wife, and plaintiff Edgar Antonio Torres is their son. Antonio Torres-Felix is a citizen of the United States and plaintiffs Rosalinda Lopez and Edgar Antonio Torres are citizens of Mexico.

3. Defendant Rosemary Melville is the District Director of the San Francisco district office of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration

1

1  and Nationality Act, including the adjudication of a visa petition filed a United State citizen pursuant
2  to 8 U.S.C. §1154(a)(1)(A)(i) , and the adjudication of an application for adjustment of status to
3  lawful permanent resident filed ay an alien pursuant to 8 U.S.C. §§1255.

4      4. 8 U.S.C. §1154(a)(1)(A)(i) vests defendant with the authority to accord immediate relative
5  status under 8 U.S.C. §1151(b)(2)(A)(i) to the spouse or child of a United States citizen. To accord
6  immediate relative status a United States citizen is required to file a petition on a Form I-130 with
7  the USCIS in accordance with the provisions of 8 C.F.R. §204.1.

8      5. 8 U.S.C. §§1255(a) and (i)  vests defendant with discretion to adjust an alien's status to
9  that of an alien lawfully admitted for permanent residence. To apply for adjustment of status an alien
10 is required to file an application on Form I-485 in accordance with the provisions of 8 C.F.R. §245.2.
11 If applying for adjustment of status pursuant to 8 U.S.C. §1255(i), an alien must also comply with
12 the provisions of 8 C.F.R. §245.10.

13     6. Plaintiff Rosalinda Lopez is the beneficiary of an approved immediate relative petition
14 filed on her behalf by plaintiff Antonio Torres-Felix . On June 15, 2004 plaintiff Antonio Torres-
15 Felix  petitioned defendant to accord immediate relative status on plaintiff Edgar Antonio Torres.
16 See, attached Exhibit A.

17     7. Plaintiffs Rosalinda Lopez and Edgar Antonio Torres  applied for adjustment of status on
18 June 15, 2004. On January 20, 2005 they were interviewed by an immigration officer. *See*, attached
19 Exhibit B.

20     8. Defendant has not adjudicated plaintiffs' petition and applications, and plaintiffs' petition
21 and applications remain pending.

22     9. Defendant has breached her legal duty to adjudicate plaintiffs' petition and applications,
23 and defendant's failure to adjudicate plaintiffs' petition and applications is unlawful, arbitrary and
24 capricious.

25     10. There is no administrative appeal from defendants' decision.

26     11. There is a real and actual controversy between the parties. Plaintiffs have no adequate

2

1  remedy at law. Plaintiffs have suffered and will continue to suffer irreparable injury as result of the
2  acts of the defendant complained herein.
3  WHEREFORE, plaintiffs pray judgment.
4      1. Declaring that defendant has violated 8 U.S.C. §1154(a)(1)(A)(i) and 8 C.F.R. §204.1 in
5  her adjudication of plaintiff Antonio Torres-Felix's visa petitions.
6      2. Declaring that defendant has violated 8 U.S.C. §1255(a) and 8 C.F.R. §245.2 in his
7  adjudication of plaintiff Rosalinda Lopez's application for adjustment of status, and 8 U.S.C.
8  §1255(i) and 8 C.F.R. §§245.2 and 245.10 in his adjudication of plaintiff Edgar Antonio Torres'
9  application for adjustment of status.
10     3. Preliminarily and permanently enjoining defendant, her agents, and delegates to adjudicate
11 plaintiffs' petition and applications forthwith.
12     4. Awarding plaintiffs their costs and reasonable attorneys fees incurred in this action;
13     5. Granting such other and further relief as may be appropriate.
14 Dated: September 20, 2007

JONATHAN M. KAUFMAN
Attorney For Plaintiffs

3

# EXHIBIT A

# THE UNITED STATES OF AMERICA

No. 28036150

## CERTIFICATE OF NATURALIZATION

INS Registration No. A092215561

Personal description of holder as of date of naturalization:

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

(Complete and true signature of holder)

Date of birth: **JANUARY 17, 1961**

Sex: **MALE**

Height: **5 feet 9 inches**

Marital status: **MARRIED**

Country of former nationality: **MEXICO**

Be it known that, pursuant to an application filed with the Attorney General

at: **SAN JOSE, CALIFORNIA**

The Attorney General having found that:

**ANTONIO TORRES-FELIX**

then residing in the United States, intends to reside in the United States when so required by the Naturalization laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

**US DISTRICT COURT, NORTHERN CALIFORNIA**

at: **SAN JOSE, CALIFORNIA** on: **JAN 23 2004**

that such person is admitted as a citizen of the United States of America.

*Commissioner of Immigration and Naturalization*



Torres-Felix
Antonio

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 6-91

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I130   IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|---|
| WAC-97-101-52685 | | | |
| RECEIPT DATE | PRIORITY DATE | PETITIONER | A92 215 561 |
| February 28, 1997 | February 28, 1997 | TORRES, ANTONIO | |
| NOTICE DATE | PAGE | BENEFICIARY | |
| May 12, 1997 | 1 of 1 | LOPEZ, ROSALINDA | |

ANTONIO TORRES
21 ALISA CIR
WATSONVILLE CA 95076

Notice Type: Approval Notice
Section: Husband or wife of permanent resident, 203(a)(2)(A) INA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The information submitted with the petition shows that the person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or applies for an immigrant visa, this approved petition will be stored in this office. If the person for whom you are petitioning becomes eligible to adjust status based on this petition, he or she should submit a copy of this notice with Form I-485, Application for Permanent Residence. Form I-485 may be obtained at the local INS office.

If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (714) 360-2769**



Form I-797 (Rev. 09/07/93)N

```
        USDHS
       SAN JOSE
   RETAIN THIS RECEIPT

   10:41AM    Jun 15/04
   00-0000 001    SNJ-MD
   #35116

   A #          97892286
   Last Name    TORRES A
   First Name      EDGAR

   I-485 S245I $315.00
   FP-Fee/FD258 $70.00
   SUPPLEMENT A
                $1000.00
   I-130 OTHER $165.00
   I-765        $175.00

   XTTL         $1745.00
   Check        $1000.00
   Check         $315.00
   Check         $165.00
   Check         $175.00
   Check          $70.00

   XOfficialX
   XDocumentX
```

# EXHIBIT B

H604

```
     USDHS
    SAN JOSE
RETAIN THIS RECEIPT

10:37AM     Jun 15/04
00-0000 001    SNJ-MD
#35115

A #          97296703
Last Name        LOPEZ
First Name   ROSALINDA

I-485         $315.00
FP-Fee/FD258  $70.00
I-765         $175.00

XTTL          $560.00
Check         $315.00
Check         $175.00
Check         $70.00

XOfficialX
XDocumentX
```

**U.S Department of Homeland Security**
U.S. Citizenship and Immigration Services
1887 Monterey Road, San Jose, CA 95112                    Processing Sheet

---

Application or Petition  Form No.:  I-130 / 485        File No: A  97 892 288

JULY 16, 2004

EDGAR A. TORRES

21 ALISA CIRCLE

WATSONVILLE, CA. 95076                                    **DM**/DD

---

*YOU MUST BRING VALID PHOTO IDENTIFICATION TO THIS APPOINTMENT*

> *FOR INS USE ONLY:*
>
> *Your application for status as permanent resident has been received. Please retain your receipts as proof of filing your application. The normal processing time for application for status as permanent resident is approximately 6-8 months. You will be notified when further action is taken in your case.*
>
> ☒ *Your application for employment authorization has been granted.* **Please report to this office on the first floor Waiting Room EAD counter on**
> *AUGUST 04, 2004 AT 9:35 AM*
>
> ☐ *Your application for Travel Document has been approved.* **Please report to this office on the 2nd floor, Room 200, on**
>
> *D O NOT departs the United States while your application is pending without INS permission. Doing so will constitute the abandonment of your application.*

*TRAVEL DOCUMENT* ☐ *GRANTED*  ☐ *DENIED*

[receipt stamp image with ATION UNIT visible]

Form I-468

**TO BE SUBMITTED WITH ADJUSTMENT OF STATUS APPLICATION**

(SNJ/jb/8-22-01)

File Number __A 97 296 703__

2 0 JAN 2005

ROSALINDA LOPEZ
21 ALIZA CIRCLE
WATSONVILLE, CA 95076

Your application for status as permanent resident has been retained for processing. You will be notified when further action has been taken in your case. ~~Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.~~

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

DISTRICT DIRECTOR



Form I - 181a (Rev. 3-1-83) N

File Number  A 97 892 288

2 0 JAN 2005

EDGAR ANTONIO TORRES
21 ALISA CIRCLE
WATSONVILLE, CA 95076

Your application for status as permanent resident has been retained for processing. You will be notified when further action has been taken in your case. ~~Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.~~

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

K. A. Wilson, DAO
DISTRICT DIRECTOR



DATE OF ACTION
DD OR OIC OIC OFFICE

EMPLOYMENT ☐ GRANTED ☐ DENIED

Form I-181a (Rev. 3-1-83) N