1   JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
    The Law Offices Of Jonathan M. Kaufman
2   220 Montgomery Street, Suite 976
    San Francisco, CA 94104
3   Telephone: (415) 956-4765
    Facsimile:  (415) 956-1664
4   E-Mail:     jonathan-kaufman@sbcglobal.net

5   Attorney for Plaintiffs

                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
                     SAN FRANCISCO DIVISION
8

9
    ANTONIO TORRES-FELIX, et al.,            Case No. C 07-4827 SI
10
              Plaintiff,                     ORDER   GRANTING   PLAINTIFFS'
11                                           MOTION   FOR   PRELIMINARY
         vs.                                 INJUNCTION [PROPOSED]
12
    ROSEMARY MELVILLE,
13  District Director, United States Citizenship
    and Immigration Services,
14
              Defendant.
15  _____/

16

17       It is ordered that plaintiffs' motion for a preliminary injunction is granted, and defendant

18  enjoined to adjudicate plaintiffs' visa petition and application for adjustment of status forthwith.

19  IT IS SO ORDERED.

20                                           _____
                                             SUSAN ILLSTON
21                                           United States District Judge

22

23

24

25

26

27

28                                    1