JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO TORRES-FELIX, et al., | Case No.  C 07-4827 SI |
| Plaintiff, | PROOF OF SERVICE<br>(Fed.R.Civ.P. 4(i)) |
| vs. | |
| ROSEMARY MELVILLE,<br>District Director, United States Citizenship<br>and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That I am attorney for plaintiffs in the above captioned action.

That on September 20, 2007 copies of the summons and complaint in the above captioned action were placed in the United States Mail at San Francisco, California, certified mail, addressed to Rosemary Melville, District Director, United States Citizenship and Immigration Services, 630 Sansome Street, San Francisco, CA 94111, Office of General Counsel, U.S. Department of Homeland Security, Washington, DC. 20528, and Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1     I declare under penalty of perjury that the foregoing is true and correct and that this was
2 executed on September 25, 2007 at San Francisco, California.

_____<br>JONATHAN M. KAUFMAN