```
1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO TORRES-FELIX, et al., | Case No. C 07-4827 SI |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That I am attorney for plaintiffs in the above captioned action.

That on September 25, 2007 Plaintiffs' Notice of Motion and Motion for Preliminary Injunction and Supporting Memorandum of Points and Authorities, and Order Granting Motion for Preliminary Injunction [Proposed] were served on defendant by placing copies in the United States Mail at San Francisco, California addressed Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this was
2 | executed on September 25, 2007 at San Francisco, California.

                                                                                               JONATHAN M. KAUFMAN