JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO TORRES-FELIX, et al., | Case No. C 07-4827 SI |
| Plaintiffs, | PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

 Defendant has informed plaintiffs that fingerprint processing has expired and scheduled plaintiffs for another fingerprint appointment. In consideration of the action taken by defendant to adjudicate plaintiffs' applications for adjustment of status, plaintiffs withdraw their motion for a preliminary injunction.

                _____
                JONATHAN M. KAUFMAN
                Attorney for Plaintiffs