JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTONIO TORRES-FELIX, et al.,                    Case No.  C 07-4827 SI

          Plaintiff,                                       CERTIFICATE OF SERVICE

   vs.

ROSEMARY MELVILLE,
District Director, United States Citizenship
and Immigration Services,

          Defendant.
_____/

   I, JONATHAN M. KAUFMAN, do hereby declare:

   That I am attorney for plaintiffs in the above captioned action.

   That on November 6, 2007 Plaintiffs' Withdrawal of Motion for Preliminary Injunction was served on defendant by placing a copy in the United States Mail at San Francisco, California addressed to: Ila Deiss, Assistant U.S. Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

   I declare under penalty of perjury that the foregoing is true and correct and that this was executed on November 6, 2007 at San Francisco, California.

                                                  _____
                                                  JONATHAN M. KAUFMAN