SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO TORRES-FELIX, ROSALINDA TORRES, and EDGAR ANTONIO TORRES,<br><br>        Plaintiffs,<br><br>        v.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services;<br><br>        Defendant. | No. C 07-4827 SI<br><br>**ANSWER** |

    Defendant hereby submits her answer to Plaintiffs' Complaint for Declaratory Judgment and Injunction.

    1. Paragraph One consists of Plaintiffs' characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the allegations in Paragraph One are denied.

    2. Defendant admits the allegations in Paragraph Two.

    3. Defendant admits the allegations in Paragraph Three.

    4. Defendant admits the allegations in Paragraph Four.

    5. Defendant admits the allegations in Paragraph Five.

ANSWER
C07-4827 SI                              1

6. Defendant admits the allegations in Paragraph Six.

7. Defendant admits the allegations in Paragraph Seven.

8. Defendant admits the allegations in Paragraph Eight.

9. Paragraph Nine consist solely of Plaintiffs' characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Nine denied.

10. Defendant denies the allegations in Paragraph Ten. There has been no "decision".

11. Paragraph Eleven consist solely of Plaintiffs' characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Eleven are denied.

The remaining allegations consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendant denies this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiffs.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendant was acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant is processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

ANSWER
C07-4827 SI                                                2

1   WHEREFORE, Defendant prays for relief as follows:

2   That judgment be entered for Defendant and against Plaintiffs, dismissing Plaintiffs' complaint
3   with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems
4   just and proper under the circumstances.

5   Dated: November 21, 2007                     Respectfully submitted,

6                                                SCOTT N. SCHOOLS
                                                 United States Attorney
7

8                                                ____/s/_____
                                                 ILA C. DEISS
9                                                Assistant United States Attorney
                                                 Attorneys for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
C07-4827 SI                                      3

# CERTIFICATE OF SERVICE

**<u>Torres-Felix v. Melville</u>**
<u>C 07-4827 SI</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Answer**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  PERSONAL SERVICE (BY MESSENGER)

____  FEDERAL EXPRESS via Priority Overnight

____  EMAIL

____  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Jonathan M. Kaufman, Esq.
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Ste. 976
San Francisco, CA 94104
PH: 415.956.4765

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 21, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant