SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO TORRES-FELIX, ROSALINDA TORRES, and EDGAR ANTONIO TORRES, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services; <br><br> Defendant. | No. C 07-4827 SI <br><br> **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS and [PROPOSED] ORDER** |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel the defendant to adjudicate their applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and

Parties' Request to be Exempt from ADR
C07-4827 SI                      1

1 | unnecessarily tax court resources.

2 | Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
3 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
4 | conference and any further formal ADR process.

5 | Dated: December 14, 2007                    Respectfully submitted,

6 |                                             SCOTT N. SCHOOLS
                                                United States Attorney
7 |

8 |
                                                _____/s/_____
9 |                                             ILA C. DEISS
                                                Assistant United States Attorney
10|                                             Attorney for Defendant

11|

12| Dated: December 14, 2007                   _____/s/_____
                                                JONATHAN M. KAUFMAN
13|                                             Attorney for Plaintiffs

14|

15|
                                     **ORDER**
16|
    Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
17|
    ADR Multi-Option Program and are excused from participating in the ADR phone conference and
18|
    any further formal ADR process.
19|

20| Date: _____
                                                *[signature: Susan Illston]*
21|                                             SUSAN ILLSTON
                                                United States District Judge
22|

Parties' Request to be Exempt from ADR
C07-4827 SI                              2