UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/15/08

Case No.   C-07-4827 SI            Judge:   SUSAN ILLSTON

Title: TORRES-FELIX -v- MELVILLE

Attorneys: J. Kaufman          I Deiss

Deputy Clerk: Tracy Sutton   Court Reporter: N/A

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **3/14/08    @ 9:00 a.m.**   for Motions
(Motion due **2/1/08**, Opposition **2/15/08** Reply **2/22/08**)

Case continued to   @ 3:30 p.m.   for Pretrial Conference

Case continued to   @ 8:30 a.m.   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: