1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANTONIO TORRES-FELIX; et al., | Case No. C 07-4827 SI |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [PROPOSED] |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

    Judgment is hereby entered in favor of plaintiffs and against defendant declaring that defendant has violated 8 U.S.C. Section 1255(a) and 8 C.F.R. Section 245.2 in the adjudication of plaintiff Rosalinda Lopez's application for adjustment of status, and enjoining defendant to adjudicate plaintiff's application.

IT IS SO ORDERED.

Dated:

                                                       SUSAN ILLSTON
                                                       UNITED STATES DISTRICT JUDGE