1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 ANTONIO TORRES-FELIX,                 )
   ROSALINDA TORRES, and                 )  No. C 07-4827 SI
13 EDGAR ANTONIO TORRES,                 )
                                         )
14         Plaintiffs,                   )  **STIPULATION TO DISMISS AND**
                                         )  **[PROPOSED] ORDER**
15     v.                                )
                                         )
16 ROSEMARY MELVILLE, District Director, )
   United States Citizenship and Immigration )
17 Services;                             )
                                         )
18         Defendant.                    )
                                         )
19 ─────────────────────────────────

20     Plaintiffs, by and through their attorney of record, and Defendant by and through her attorney

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22 of the adjudication of Plaintiff Rosalinda Lopez's adjustment of status application (Form I-485).

23 The parties also request that the Court vacate the hearing scheduled for March 14, 2008.

24 ///

25 ///

26 ///

27 ///

28

Stipulation to Dismiss
C07-4827 SI                               1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: February 12, 2008    Respectfully submitted,

3 | SCOTT N. SCHOOLS
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney

7 | Attorney for Defendant

8

9 | Dated: February 12, 2008    _____/s/_____
JONATHAN M. KAUFMAN

10 | Attorney for Plaintiffs

11

12

13 | **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

14

15 | Date:

16 | _____
SUSAN ILLSTON
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-4827 SI                    2