JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO TORRES-FELIX, ROSALINDA TORRES, and EDGAR ANTONIO TORRES, <br><br>    Plaintiffs, <br><br>v. <br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services; <br><br>    Defendant. | No. C 07-4827 SI <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendant by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff Rosalinda Lopez's adjustment of status application (Form I-485). The parties also request that the Court vacate the hearing scheduled for March 14, 2008.

///

///

///

///

Stipulation to Dismiss
C07-4827 SI                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 12, 2008                    Respectfully submitted,

3                                              SCOTT N. SCHOOLS
                                               United States Attorney
4

5
                                                      /s/
6                                              _____
                                               ILA C. DEISS[1]
                                               Assistant United States Attorney
7                                              Attorney for Defendant

8

9  Dated: February 12, 2008                           /s/
                                               _____
                                               JONATHAN M. KAUFMAN
10                                             Attorney for Plaintiffs

11

12
                              **ORDER**
13
   Pursuant to stipulation, IT IS SO ORDERED.
14

15 Date:                                       _____
                                               SUSAN ILLSTON
16                                             United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-4827 SI                                    2